# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>  vs.<br>FREDERICK MICHAEL<br>CAMPBELL,<br><br>    Defendant. | CR-14-80-GF-BMM-JTJ<br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 15, 2019. (Doc.117). Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on March 13, 2019. The United States alleged that Defendant Campbell violated the conditions of his supervised release by: 1) failing to report for substance abuse testing; 2) by failing to report for substance abuse treatment; and 3) by using methamphetamine. (Doc.

117 at 2). Campbell admitted to the alleged violations. *Id.* at 2-3. The violations prove serious and warrant revocation of Campbell's supervised release.

Judge Johnston has recommended that the Court revoke Campbell's supervised release and that Campbell receive a term of custody of time served with six (6) months of supervised release to follow. *Id.* at 3.

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Campbell's violations represent a serious breach of the Court's trust. A custody term of time served with six (6) months of supervised release to follow is sufficient but not greater than necessary.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 117) are **ADOPTED IN FULL**.

**IT IS FURTHER ORDERED** that Defendant Frederick Campbell receive a custody sentence of time served, followed by six (6) months of supervised release. Campbell should serve the first 60 days of supervised release at the Alternatives drug treatment facility in Billings, Montana. Campbell should report to the United States Probation Office in Glasgow, Montana, by 4:00 p.m on March 14, 2019

DATED this 18th day of March, 2019.

Brian Morris
United States District Court Judge